LAW OFFICE OF MIRANDA KANE
MIRANDA KANE (State Bar No. 150630)
P.O. Box 170277
San Francisco, California 94117
Telephone: 415.515-1248
Facsimile: 415.553-8622

Attorney for Defendant
LENNIE LUAN LE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 06-644-CRB (EDL) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO REMOVE ELECTRONIC MONITORING CONDITION** |
| v. | |
| LENNIE LUAN LE et.al., | |
| Defendants. | |

On October 6, 2006, Lennie Luan Le was ordered to submit to electronic monitoring as a condition of his pre-trial release in the above referenced matter.  Assistant United States Attorney Kirstin Ault has no objection to removing the electronic monitoring condition at this time. Anthony Grenados, Lennie Le's Pre-trial Services officer also agrees that this condition is no longer necessary to assure Lennie Le's future court appearances.  All other conditions of pre-trial release will remain in effect.

IT IS SO STIPULATED.

DATE: _____
KIRSTIN AULT
Assistant United States Attorney

DATE: _____
MIRANDA KANE
Attorney for LENNIE LUAN LE

GOOD CAUSE HAVING BEEN SHOWN Lennie Le is no longer required to be on electronic monitoring as a condition of his pre-trial release in the above referenced matter. All other pre-trial release conditions will remain in effect.

IT IS SO ORDERED.

Dated: March  5 , 2007

_____
MAGISTRATE JUDGE ELIZABETH D. LAPORTE
UNITED STATES

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

Page 2