LAW OFFICE OF MIRANDA KANE
MIRANDA KANE (State Bar No. 150630)
Post Office Box 170277
San Francisco, California 94117
Telephone:  415.515-1248
Facsimile:  415.553-8622
miranda.kane@gmail.com

Attorney for Defendant
LENNIE LUAN LE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>LENNIE LUAN LE,<br><br>                    Defendant. | Case No. CR 06-0644 CRB<br><br>**[PROPOSED] ORDER EXONERATING PROPERTY BOND** |

On October 6, 2006, Mr. Le's family posted a portion of the equity in their home at 262 Cape York Place, San Jose, California as real property to secure Mr. Le's pre-trial release in the above referenced matter.

On October 1, 2008, Lennie Le was sentenced to a five-year period of probation by this Honorable Court.  Mr. Le was ordered to serve nine months at Cornell Corrections in Oakland ("Cornell") as a condition of his probation.  The Court further indicated that Mr. Le could seek to exonerate the property bond following his surrender to Cornell.  Mr. Le began his term at Cornell on November 7, 2008.

Page 1

[PROPOSED] ORDER
EXONERATING PROPERTY BOND

1   Therefore, Mr. Le requests that his pre-trial release bond be exonerated and that the

2   Cape York property be deeded back to his sisters, Vanna and Thuy Le.

3   Dated:  November 10, 2008                    Respectfully Submitted,

4

5                                                               /s/

6                                          _____

7                                          Miranda Kane
                                           Attorney for LENNIE LUAN LE

8

9   GOOD CAUSE BEING SHOWN the bond in the above referenced matter is exonerated and

10  any real property posted in support of the bond shall be deeded back to the original title

11  holders.

12  IT IS SO ORDERED.

13

14  DATED:        November _10_, 2008

15                                          _____
                                           The Honorable Charles R. Breyer
                                           United States District Court

16

17                              IT IS SO ORDERED

18

19                              Judge Charles R. Breyer

20

21

22

23

24

25

26

27

28
                                                                              Page 2

[PROPOSED] ORDER
EXONERATING PROPERTY BOND